# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Marcus Antoine Wilson | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13cv211 |
| | ) | |
| vs. | ) | |
| | ) | |
| Correctional Officer Birchfield | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/20/13 Order.

August 20, 2013

_____

Frank G. Johns, Clerk
United States District Court